New York against Jacob Levine. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed. See, also, 119 N. Y. Supp. 1139.

PEOPLE, Respondent, v. MILLER, Appellant, et al. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Proceeding by the People of the State of New York against Henry Miller, impleaded with others. C. L. Jordan, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. PHILLIPS, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Proceeding by the People of the State of New York against Frank J. Phillips. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. PREMO, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Proceeding by the People of the State of New York against Charles Fred Premo. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. SANTA CLARA LUMBER CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Proceeding by the People of the State of New York against the Santa Clara Lumber Company.

PER CURIAM. Order unanimously affirmed, without costs. See, also, 60 Misc. Rep. 150, 113 N. Y. Supp. 70.

KELLOGG, J., not sitting.

PEOPLE, Respondent, v. LEAMAN, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Proceeding by the People of the State of New York against Agnes Leaman. MacDonald & McGee, for appellant. R. C. Taylor, for the People. No opinion. Judgment and orders affirmed. Order filed. See, also, 121 N. Y. Supp. 1142.

PEOPLE v. TATHAM. (Supreme Court, Appellate Division, First Department, June 24, 1910.) Proceeding by the People of the State of New York against Mollie Tatham. No opinion. Motion to dismiss appeal granted. Order filed. See, also, 136 App. Div. 932, 120 N. Y. Supp. 1141.

PEOPLE v. TOBIN. (Supreme Court, Appellate Division, First Department, June 24, 1910.) Proceeding by the People of the State of New York against James Tobin. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE ex rel. BRIGGS, Appellant, v. WILLIAMS, State Comptroller, Respondent. (Supreme Court, Appellate Division, Third Department, June 29, 1910.) Proceeding by the People of the State of New York, on the relation of Herbert A. Briggs, against Clark Williams, as Comptroller of the State of New York. No opinion. Order unanimously affirmed, with costs, on the ground that the Comptroller is not subject to mandamus prior to an appropriation by the Legislature.

PEOPLE ex rel. CARPENTER v. BINGHAM. Police Com'r. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Proceeding by the People of the State of New York, on the relation of Coles Carpenter, against Theodore A. Bingham, as Police Commissioner, etc. No opinion. Determination confirmed, and writ quashed, with $50 costs and disbursements to the respondent.

PEOPLE ex rel. LOZIER LIGHT & POWER CO. v. STATE BOARD OF TAX COM'RS. (Supreme Court, Appellate Division, Third Department. September 30, 1910.) Proceeding by the People of the State of New York, on the relation of the Lozier Light & Power Company, against the State Board of Tax Commissioners. No opinion. Motion granted.

PEOPLE ex rel. MILLS, Appellant, v. PURDY et al., Com'rs, Respondents. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Proceeding by the People of the State of New York, on the relation of D. Ogden Mills, against Lawson Purdy and others, as Commissioners. F. Bien, for appellant. C. A. Peters, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

PEOPLE ex rel. NIAGARA FALLS HYDRAULIC POWER & MF'G. CO., Appellant, v. STATE BOARD OF TAX COM'RS, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Proceeding by the People of the State of New York, on the relation of the Niagara Falls Hydraulic Power & Manufacturing Company, against the State Board of Tax Commissioners. No opinion. Order (65 Misc. Rep. 213, 119 N. Y. Supp. 925) affirmed, with costs.

PEOPLE ex rel. PLATTSBURGH LIGHT, HEAT & POWER CO. v. STATE BOARD OF TAX COM'RS. (Supreme Court, Appellate Division. Third Department. September 30, 1910.) Proceeding by the People of the State of New York, on the relation of the Plattsburgh Light, Heat & Power Company, against the State Board of Tax Commissioners. No opinion. Motion granted.

PEOPLE ex rel. RANANDO, Appellant, v. WARDEN AND AGENT OF STATE PRISON AT SING SING, Respondent. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Proceeding by the People of the State of New York, on the relation of Savino Ranando, against the Warden and Agent of the State Prison at Sing Sing. No opinion. Order dismissing writ of habeas corpus affirmed, without costs.